FILED
CLERK, U.S. DISTRICT COURT

SEP 22 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR 11-821-PSG |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | ~~(FED. R. CRIM. P. 32.1(a)(6);~~ 18 U.S.C. § 3143(a)) |
| Jonathan Davis, | ) | |
| Defendant. | ) | |

~~The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of _____ for alleged violation(s) of the terms and conditions of probation or supervised release; and~~

Having conducted a detention hearing pursuant to ~~Federal Rule of Criminal Procedure 32.1(a)(6) and~~ 18 U.S.C. § 3143(a), the Court finds that:

A. ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____

_____

_____

1

1     and/ or

2 B. ☒ The defendant has not met his/her burden of establishing by clear and
3     convincing evidence that he/she is not likely to pose a danger to the
4     safety of any other person or the community if released under 18 U.S.C. §
5     3142(b) or (c). This finding is based on the following:

*nature and circumstances of offense, alleged gang ties, substantial criminal history involving drugs and firearms, substantial USSG range (37-46 mos), insufficient sureties.*

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: 9/22/11

HONORABLE OSWALD PARADA
United States Magistrate Judge

2